THE HONORABLE TANA LIN

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HILLTOP SERVICES LLC, a Delaware limited liability company, <br><br> Defendant. | Case No. 2:24-cv-01086-TL <br><br> **JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING BY DEFENDANT HILLTOP SERVICES LLC AND PLAINTIFF NORTHWEST ADMINISTRATORS, INC.** <br><br> Noted for Consideration: October 22, 2024 |

Plaintiff Northwest Administrators, Inc. and Defendant Hilltop Services LLC, STIPULATE AND AGREE to extend the following deadline:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline for Defendant to File Responsive Pleading to Complaint | October 28, 2024 | November 27, 2024 |

This extension will not affect any other deadlines in the case.  This stipulation and order shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim or objection.

JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING (Case No. 2:24-cv-01086-TL) – PAGE 1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

*IT IS SO STIPULATED.*

Dated: this 22nd day of October, 2024.

| | |
|---|---|
| **REID, BALLEW, LEAHY & HOLLAND, LLP** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: *s/ Russell J. Reid* <br> Russell J. Reid, WSBA #2560 <br> 100 West Harrison Street, N. Tower, #300 <br> Seattle, WA 98119 <br> Phone: (206) 285-0464 <br> Fax: (206) 285-8925 <br> Email: rjr@rmbllaw.com | By: *s/ Claire M. Lesikar* <br> Claire M. Lesikar, WSBA No. 60406 <br> 1301 Second Avenue, Suite 3000 <br> Seattle, WA 98101 <br> Phone: (206) 274-6400 <br> Fax: (206) 274-6401 <br> Email: claire.lesikar@morganlewis.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

### [~~PROPOSED~~] ORDER

IT IS SO ORDERED.

DATED: October 23rd, 2024.

_____
THE HONORABLE TANA LIN
UNITED STATES DISTRICT JUDGE

*Presented by:*

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT
(Case No. 2:24-cv-01086-TL) – PAGE 2

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1 | **MORGAN, LEWIS & BOCKIUS LLP**

2 | By: *s/ Claire M. Lesikar*
3 | Claire M. Lesikar, WSBA No. 60406
  | 1301 Second Avenue, Suite 3000
4 | Seattle, WA 98101
  | Phone: (206) 274-6400
5 | Fax: (206) 274-6401
  | Email: claire.lesikar@morganlewis.com
6 |
7 | *Attorney for Defendant*

8 | **REID, BALLEW, LEAHY & HOLLAND, LLP**

9 | By: *s/ Russell J. Reid*
10 | Russell J. Reid, WSBA #2560
   | 100 West Harrison Street, N. Tower, #300
11 | Seattle, WA 98119
   | Phone: (206) 285-0464
12 | Fax: (206) 285-8925
   | Email: rjr@rmbllaw.com
13 |
14 | *Attorney for Plaintiff*

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT
(Case No. 2:24-cv-01086-TL) – PAGE 3

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401