THE HONORABLE TANA LIN

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,

Plaintiff,

v.

HILLTOP SERVICES LLC, a Delaware
limited liability company,

Defendant.

Case No. 2:24-cv-01086-TL

**STIPULATION AND [PROPOSED] ORDER
TO EXTEND DEADLINE TO FILE
RESPONSIVE PLEADING BY
DEFENDANT HILLTOP SERVICES LLC
AND PLAINTIFF NORTHWEST
ADMINISTRATORS, INC.**

Noted for Consideration: November 22, 2024

//

//

In light of Defendant Hilltop Services, LLC's compliance to date with Plaintiff Northwest Administrators, Inc.'s document requests related to an audit as outlined in Plaintiff's complaint, Plaintiff and Defendant STIPULATE AND AGREE to extend the following deadline:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Deadline for Defendant to File Responsive Pleading to Complaint | November 27, 2024 | December 27, 2024 |

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINE TO FILE RESPONSIVE PLEADING
(Case No. 2:24-cv-01086-TL) – PAGE 1

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1    This extension will not affect any other deadlines in the case.  This stipulation and order

2    shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate

3    as a waiver nor otherwise affect any right, defense, claim or objection.

4        *IT IS SO STIPULATED.*

5

6        Dated: this 22nd day of November, 2024.

7

8    **REID, BALLEW, LEAHY & HOLLAND, LLP**    **MORGAN, LEWIS & BOCKIUS LLP**

9    By: *s/ Russell J. Reid*                          By: *s/ Claire M. Lesikar*
     Russell J. Reid, WSBA #2560                       Claire M. Lesikar, WSBA No. 60406
10   100 West Harrison Street, N. Tower, #300          1301 Second Avenue, Suite 3000
     Seattle, WA 98119                                 Seattle, WA 98101
11   Phone: (206) 285-0464                             Phone: (206) 274-6400
     Fax: (206) 285-8925                               Fax: (206) 274-6401
12   Email: rjr@rmbllaw.com                            Email: claire.lesikar@morganlewis.com

13   *Attorney for Plaintiff*                          *Attorney for Defendant*

14

15

16

17                            **[PROPOSED] ORDER**

18        IT IS SO ORDERED.

19        DATED: November 25, 2024.

20

21        _____

22        Tana Lin
          United States District Judge

23

24

25   *Presented by:*

26

STIPULATION AND [PROPOSED] ORDER TO
EXTEND DEADLINE TO RESPOND TO
PLAINTIFF'S COMPLAINT
(Case No. 2:24-cv-01086-TL) – PAGE 2

1  **MORGAN, LEWIS & BOCKIUS LLP**

2  By: *s/ Claire M. Lesikar*
   Claire M. Lesikar, WSBA No. 60406
3  1301 Second Avenue, Suite 3000
4  Seattle, WA 98101
   Phone: (206) 274-6400
5  Fax: (206) 274-6401
   Email: claire.lesikar@morganlewis.com
6
7  *Attorney for Defendant*

8  **REID, BALLEW, LEAHY & HOLLAND, LLP**

9   By: *s/ Russell J. Reid*
10 Russell J. Reid, WSBA #2560
   100 West Harrison Street, N. Tower, #300
11 Seattle, WA 98119
   Phone: (206) 285-0464
12 Fax: (206) 285-8925
   Email: rjr@rmbllaw.com
13
14 *Attorney for Plaintiff*

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER TO
EXTEND DEADLINE TO RESPOND TO
PLAINTIFF'S COMPLAINT
(Case No. 2:24-cv-01086-TL) – PAGE 3

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401