THE HONORABLE TANA LIN

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HILLTOP SERVICES LLC, a Delaware limited liability company, <br><br> Defendant. | Case No. 2:24-cv-01086-TL <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND EARLY CASE DEADLINES** <br><br> Noted for Consideration: December 18, 2024 |

In light of Defendant Hilltop Services, LLC's compliance to date with Plaintiff Northwest Administrators, Inc.'s document requests related to an audit as outlined in Plaintiff's complaint, Plaintiff and Defendant STIPULATE AND AGREE to extend the following deadline:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline for FRCP 26(f) Conference | December 24, 2024 | January 23, 2025 |
| Deadline for Defendant to File Responsive Pleading to Complaint | December 27, 2024 | January 27, 2025 |
| Deadline for Initial Disclosures | January 7, 2025 | February 6, 2025 |

STIPULATION AND [PROPOSED] ORDER
TO EXTEND EARLY CASE DEADLINES
(Case No. 2:24-cv-01086-TL) – PAGE 1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

| Deadline to File Joint Status Report | January 21, 2025 | February 20, 2025 |

These extensions will not affect any other deadlines in the case. This stipulation and order shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim or objection.

*IT IS SO STIPULATED.*

Dated: this 18th day of December, 2024.

**REID, BALLEW, LEAHY & HOLLAND, LLP**

By: *s/ Russell J. Reid*
Russell J. Reid, WSBA #2560
100 West Harrison Street, N. Tower, #300
Seattle, WA 98119
Phone: (206) 285-0464
Fax: (206) 285-8925
Email: rjr@rmbllaw.com

*Attorney for Plaintiff*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Claire M. Lesikar*
Claire M. Lesikar, WSBA #60406
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Fax: (206) 274-6401
Email: claire.lesikar@morganlewis.com

*Attorney for Defendant*

### [~~PROPOSED~~] ORDER

IT IS SO ORDERED.

DATED: December 18, 2024.

*[signature]*

Tana Lin
United States District Judge

STIPULATION AND [PROPOSED] ORDER
TO EXTEND EARLY CASE DEADLINES
(Case No. 2:24-cv-01086-TL) – PAGE 2

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Claire M. Lesikar*
Claire M. Lesikar, WSBA #60406
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Fax: (206) 274-6401
Email: claire.lesikar@morganlewis.com

*Attorney for Defendant*

**REID, BALLEW, LEAHY & HOLLAND, LLP**

 By: *s/ Russell J. Reid*
Russell J. Reid, WSBA #2560
100 West Harrison Street, N. Tower, #300
Seattle, WA 98119
Phone: (206) 285-0464
Fax: (206) 285-8925
Email: rjr@rmbllaw.com

*Attorney for Plaintiff*

STIPULATION AND [PROPOSED] ORDER
TO EXTEND EARLY CASE DEADLINES
(Case No. 2:24-cv-01086-TL) – PAGE 3

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401