THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HILLTOP SERVICES LLC, a Delaware limited liability company, <br><br> Defendant. | NO.   2:24-cv-01086-TL <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys, Russell J. Reid of Reid, Ballew, Leahy & Holland, L.L.P., attorneys for Plaintiff, and Claire M. Lesikar of Morgan, Lewis & Bockius LLP, attorneys for Defendant, Hilltop Services LLC, hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.

//

//

//

//

DATED this  21st  day of  January , 2025.

| | |
|---|---|
| REID, BALLEW, LEAHY & HOLLAND, L.L.P. | MORGAN, LEWIS & BOCKIUS LLP |
| /s/ Russell J. Reid<br>Russell J. Reid, WSBA #2560<br>100 West Harrison Street, N. Tower #300<br>Seattle WA 98119<br>Phone:  (206) 285-0464<br>Email:  rjr@rmbllaw.com | /s/ Claire M. Lesikar<br>Claire M. Lesikar, WSBA #60406<br>1301 Second Avenue, Suite 3000<br>Seattle WA 98101<br>Phone:  (206) 274-6400<br>Email:  Claire.lesikar@morganlewis.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.

ORDER ENTERED this 21st day of January, 2025.

_____
Tana Lin
United States District Judge

Submitted for Entry:

REID, BALLEW, LEAHY & HOLLAND, L.L.P.

By:  /s/ Russell J. Reid
Russell J. Reid, WSBA #2560
100 West Harrison Street, N. Tower, #300

Seattle WA 98119
Telephone: (206) 285-0464
Email: rjr@rmbllaw.com
Attorneys for Plaintiff